Edward J. Maney, Trustee, Bar #12256
P.O. Box 10434
Phoenix, Arizona 85064
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| JASON B. VANKILSDONK | ) | Case No. 07-06097-PHX-GBN |
| | ) | |
| | ) | APPLICATION FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS BELONGING |
| | ) | TO DEBTOR |
| Debtor (s) | ) | |

Edward J. Maney, Trustee, reports that the following dividend check has been issued

and not presented for payment and more than ninety (90) days has elapsed from the date of

issuance, or the payment has been returned to the Trustee by the U.S. Post Office marked as

undeliverable.

Check Number:          117761
Check Date:      6/9/09
Amount:          $203.88
Debtor:          JASON B. VANKILSDONK
Co-Debtor:

                4137 E. BLUEFIELD AVE.

        PHOENIX, AZ 85032

Neither the debtor (s) Attorney (if applicable) nor the Trustee have been able to locate

the debtor (s).

Wherefore, the Trustee prays that an order be entered pursuant to Section 347 (a) of the

Bankruptcy Code directing the Trustee to pay over the amount of $203.88 to the Clerk of the

Court to be deposited to the Registry thereof.

Dated: See Electronic Signature

                                        Edward J. Maney, Trustee

Unclaimed Funds/Debtor